**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: October 15, 2013**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:   Joseph Michael Jones                    :    Case No:  13-52908

                                                 :    CHAPTER 13

         Debtor(s)                               :    Judge  Caldwell


### ORDER TO EMPLOYER TO WITHHOLD AND
### TRANSMIT DEDUCTIONS FROM DEBTOR'S PAY

    Debtor having proposed a plan for the adjustment of debt under Chapter 13 of the Bankruptcy Reform Act of 1978 (Title 11, United States Code), this Court now comes to establish an appropriate amount of money to be withheld from debtor's pay in order to facilitate compliance with the debtor's plan. The employer is not authorized to deduct administrative expenses or service fees for this deduction. Based upon the foregoing, the debtor's plan, and pursuant to 11 U.S.C.§1325(b), it is

    ORDERED that the employer of the debtor deduct the amount indicated below from the debtor's pay and send that sum along with the debtor's name, case number, and the last 4 digits of their social security number to:

Chapter 13 Trustee
P.O. Box 71-0795
Columbus, Ohio 43271-0795

It is further ORDERED that the Chapter 13 Trustee apply the funds to debtor's payment schedule. It is further ORDERED that pursuant to 11 U.S.C.§1325 deductions shall remain in effect without further order from this Court, but that the deductions may terminate only upon appropriate notice to debtor's employer.

      Employee: Joseph Michael Jones
      SSN: XXX-XX- 5162
      Employer: Wideopenwest Ohio LLC

Deduction: $413.11      Monthly

Weekly:         $95.33
Biweekly:       $190.67
Semi-Monthly:   $206.56

IT IS SO ORDERED.

Copies to: Default List

Wideopenwest Ohio LLC
7887 E. Belleview Avenue, Suite 1000
Englewood, CO 80111

###

United States Bankruptcy Court
Southern District of Ohio

In re:  
Joseph Michael Jones  
     Debtor

Case No. 13-52908-cmc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0648-2         User: biask              Page 1 of 1                  Date Rcvd: Oct 16, 2013
                           Form ID: pdf01          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2013.
db         +Joseph Michael Jones,    12563 Bentley Drive NW,    Pickerington, OH 43147-8518
           +WIDEOPENWEST OHIO LLC,    7887 E BELLEVIEW AVE SUITE 1000,    ENGLEWOOD, CO 80111-6007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2013 at the address(es) listed below:
      Allen B Aimar, Jr.    on behalf of Debtor Joseph Michael Jones aaimar@riddellcolpa.net
      Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
      Christopher P Kennedy    on behalf of Creditor  Green Tree Servicing, LLC bankruptcy@carlisle-law.com
      Frank M Pees    trustee@ch13.org
      Peter H Riddell    on behalf of Debtor Joseph Michael Jones priddell@riddellcolpa.net, jmorris@riddellcolpa.net
                                                                                                          TOTAL: 5