**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re:    JOSEPH MICHAEL JONES | : | Case No: 13-52908 |
| | : | CHAPTER 13 |
| | : | Judge CHARLES M. CALDWELL |

**TRUSTEE'S MOTION TO DISMISS**

Now comes Frank M. Pees, standing Chapter 13 Trustee herein, and moves this Court to dismiss this case pursuant to 11 U.S.C. §§1307(c), 521(b) and/or 109(h) for the reasons set forth below:

Debtor(s) have not made complete payments into the confirmed plan, resulting in an arrearage of approximately 5 months and $2,192.63, which constitutes a material default under the plan pursuant to 11 U.S.C. §1307(c)(6).

Wherefore, the Trustee requests that an order be entered dismissing this case, granting the Trustee leave to file his Final Report, and discharging the Trustee from his trust.

Respectfully submitted,

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee
130 E. Wilson Bridge Road #200
Worthington, Ohio 43085-6300
(614)436-6700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: JOSEPH MICHAEL JONES | : | Case No: 13-52908 |
| | : | CHAPTER 13 |
| Debtor(s) | : | Judge CHARLES M. CALDWELL |

### NOTICE OF MOTION TO DISMISS

The Chapter 13 Trustee has filed papers with the court to dismiss this case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, U.S. Bankruptcy Court, 170 N. High Street, Columbus, OH 43215 OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or 2) regular U.S. Mail to:

Frank M. Pees                     United States Trustee
Chapter 13 Trustee                170 N. High Street, #200
130 E. Wilson Bridge Road, #200   Columbus, OH 43215
Worthington, OH 43085

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

**If a response is filed within the time provided above**, **then a hearing will be held on April 08, 2014 at 1:00PM, at U.S. Bankruptcy Court 5th Floor, 170 N. High Street Courtroom B, Columbus, OH 43215.** If no response is filed within the time provided, **then no hearing will be held.**

Dated: Friday, February 21, 2014

SERVE ALL PARTIES

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee
130 E. Wilson Bridge Road #200
Worthington, Ohio 43085-6300
(614)436-6700

```
                          United States Bankruptcy Court
                             Southern District of Ohio
In re:                                                             Case No. 13-52908-cmc
Joseph Michael Jones                                               Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0648-2         User: biask              Page 1 of 2               Date Rcvd: Feb 21, 2014
                             Form ID: pdf13           Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2014.
db            +Joseph Michael Jones,    12563 Bentley Drive NW,    Pickerington, OH 43147-8518
16192539      +AAA Check Recovery,    PO Box 1885,    Sedalia, MO 65302-1885
16192540      +Access Urgent Medical Care of Pickeringt,    LB-3445,    Columbus, OH 43260-0001
16454996      +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
16192544      +CBCS,   P O Box 163250,    Columbus, Ohio 43216-3250
16192542      +Cap One,    26525 N. Riverwoods Blvd,    Mettawa, IL 60045-3438
16192543      +Capital One Bank (USA) N.A.,    471 East Broad Street, 12th Floor,    Columbus, OH 43215-3806
16316035       Capital One Bank (USA) NA,    American InfoSource LP,    PO Box 71083,    Charlotte NC 28272-1083
16192546      +Chase,   P O Box 15298,    Wilmington, Delaware 19850-5298
16192548      +Cheek Law Offices LLC (471 East Broad St,    471 East Broad Street 12th Flr,
                Columbus, OH 43215-3806
16192549      +Columbia Gas (P O Box 742510, Cincinnati,    P O Box 742510,    Cincinnati, Ohio 45274-2510
16192551      +FFCC,   P O Box 20790,    Columbus, Ohio 43220-0790
16192550      +Fairfield County Treasurer,    210 E. Main Street, Room 206,    Lancaster, OH 43130-3876
16192552      +GMAC (3451 Hammond Ave, Waterloo, IA 507,    3451 Hammond Ave,    Waterloo, IA 50702-5300
16192553      +Grant Riverside Medical Care Founda (L30,    L3061,    Columbus, OH 43260-0001
16192556      +IQ Receivable Systems,    P O Box 6870,    Columbus, Ohio 43205-0870
16192555       Inter-State Studio Inc.,    6037 Frantz Road,    Columbus, OH 43212
16245261      +Inter-State Studio Inc.,    Attn: Customer Service Department,    PO Box 1177,
                Sedalia, MO 65302-1177
16192554      +International Cash Advance, Inc,    C/O Call Center Services, Inc.,    PO Box 7294,
                Wilmington, DE 19803-0294
16192558      +JP Recovery,    20220 Center Ridge,    Rocky River, Ohio 44116-3501
16377554      +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
16192557     #+Jessica Seeley,    291 Drexel Place,    Pickerington, OH 43147-1452
16192559      +Medicredit,    3620 I 70 Dr SE Ste C,    Columbia, Missouri 65201-6582
16192561      +Mount Carmel Medical Group,    PO Box 951139,    Cleveland, Ohio 44193-0005
16192560      +Mt Carmel Health,    Corporate Service Center,    Customer Service 2nd Floor,    Attn Bri Wears,
                6150 E Broad St,    Columbus OH 43213-1574
16192562      +National Loans,    PO Box 12699,    Columbus, OH 43212-0699
16192563      +Nationwide Childrens Hospital (P O Box 1,    P O Box 182888,    Columbus, OH 43218-2888
16192564      +PCB,   5500 New Albany Road,    New Albany, Ohio 43054-8704
16259062      +Santander Consumer USA,    8585 N Stemmons Fwy,,    Suite 1100-n,    Dallas, TX 75247-3822
16192565      +Santander Consumer USA,    8585 N Stemmons Fwy, Suite 1100-n,    Dallas, Texas 75247-3822
16218165      +Santander Consumer USA Inc,    P.O. Box 961245,    Fort Worth TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16192541      +Fax: 864-336-7400 Feb 21 2014 19:31:27     Advance America,    1296 Brice Road,
                Reynoldsburg, OH 43068-2311
16192545      +E-mail/Text: hswanberg@cons-inc.com Feb 21 2014 19:14:35
                Central Ohio Neurological Surgeons, Inc.,    Attn: Business Office,    955 Eastwind Drive,
                Westerville, OH 43081-3376
16192547      +Fax: 614-760-4092 Feb 21 2014 19:41:35     Check Smart,    2576 Brice Road,
                Reynoldsburg, OH 43068-3402
16431973       E-mail/Text: bankruptcy.bnc@gt-cs.com Feb 21 2014 19:14:18     Green Tree Servicing LLC,
                PO BOX 6154,    Rapid City, SD 57709-6154
16431971       E-mail/Text: bankruptcy.bnc@gt-cs.com Feb 21 2014 19:14:18     Green Tree Servicing LLC,
                PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone #: 888-298-7785
16431972       E-mail/Text: bankruptcy.bnc@gt-cs.com Feb 21 2014 19:14:18     Green Tree Servicing LLC,
                PO BOX 0049,    Palatine, IL 60055-0049,    Telephone #: 888-298-7785
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16431974*    ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court: Green Tree Servicing LLC,    PO Box 6154,    Rapid City SD 57709-6154)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0648-2          User: biask              Page 2 of 2              Date Rcvd: Feb 21, 2014
                              Form ID: pdf13           Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2014                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2014 at the address(es) listed below:
              Allen B Aimar, Jr.    on behalf of Debtor Joseph Michael Jones aaimar@riddellcolpa.net
              Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
              Christopher P Kennedy     on behalf of Creditor   Green Tree Servicing, LLC
               bankruptcy@carlisle-law.com
              Frank M Pees     trustee@ch13.org
              Peter H Riddell    on behalf of Debtor Joseph Michael Jones priddell@riddellcolpa.net,
               jmorris@riddellcolpa.net
                                                                                            TOTAL: 5
```